IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| United States of America | ) | Case No: 12 CR 514 |
| v. | ) | Judge Samuel Der-Yeghiayan |
| Otoniel Rodriguez | ) |  |

## ORDER

Defendant's motion for reduction in sentence [62] is denied.

## STATEMENT

This matter is before the court on Defendant Otoniel Rodriguez's (Rodriguez) motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 782. Sentencing Guidelines Section 1B1.10 (Section 1B1.10), which governs a reduction in term of imprisonment as a result of an amended guidelines range, provides in subsection (b)(2) the following:

> (A) Except as provided in subdivision (B), the court shall not reduce the defendant's term of imprisonment under 18 U.S.C. 3582(c)(2) and this policy statement to a term that is less than the minimum of the amended guideline range determined under subdivision (1) of this subsection.
> (B) Exception for Substantial Assistance.--If the term of imprisonment imposed was less than the term of imprisonment provided by the guideline range applicable to the defendant at the time of sentencing pursuant to a government motion to reflect the defendant's substantial assistance to authorities, a reduction comparably less than the amended guideline range determined under subdivision (1) of this subsection may be appropriate.

U.S.S.G. § 1B1.10. At sentencing, Rodriguez's total offense level was 29 and his criminal history category was II, resulting in an advisory guidelines range of 97 to 121 months. Based upon a consideration of the factors in 18 U.S.C. § 3553, the court sentenced Rodriguez to 72 months of imprisonment. Under the current sentencing guidelines, Rodriguez's total offense level is 27 and his criminal history category is II, resulting in a new advisory guidelines range of 78 to 97 months. Since Rodriguez did not receive a sentence below the guidelines range based on a motion by the Government relating to Rodriguez's substantial assistance to the Government, and his sentence of 72 months is already below his amended sentencing range

1

under the current guidelines, the court cannot reduce his sentence under 18 U.S.C. 3582(c)(2). Therefore, Rodriguez's motion for reduction in sentence is denied.

Date: 5/3/17

Samuel Der-Yeghiayan
United States District Court Judge